IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02412-CMA-MEH

KARLINE ANDERSON,

    Plaintiff,

v.

REVEREND WILLIE D. SIMMONS,
CENTRAL BAPTIST CHURCH OF DENVER, and
CONCERNED ABOUT YOU, INC.,

    Defendants.

## ORDER SETTING HEARING ON LAW AND MOTION CALENDAR

This matter comes before the Court pursuant to the Defendant's Notice of Removal of a Civil Action. The Court has reviewed both the Complaint and the Notice of Removal. Defendant asserts that this Court has original jurisdiction over this matter because two of the ten counts in the Complaint are based on Federal law, *e.g.*, violations of Title VII of the Civil Rights Act of 1964, 42 USC 2000e, *et. seq*:

> Plaintiff's 10-count complaint alleges Defendants discrim-
> inated and retaliated against her in violation of Title VII of
> the Civil Rights Act of 1964, 42 USC 2000e, et. seq. and the
> Colorado Anit-Discrimination Act as well as several state
> court claims . . .

Notice of Removal, ¶ 4.

It is well established law in the Tenth Circuit that "exhaustion of administrative remedies is a jurisdictional prerequisite" to instituting a Title VII action in federal court.

*Khader v. Aspin*, 1 F.3d 968, 970 (10th Cir. 1993).  *See also Jones v. Runyon*, 91 F.3d 1398, 1399 (10th Cir. 1996); *Knopp v. Magaw*, 9 F.3d 1478, 1479 (10th Cir. 1993); *Sampson v. Civiletti*, 632 F.2d 860, 862 (10th Cir. 1980).  The Court notes that nowhere in the Complaint is it alleged that Plaintiff exhausted her administrative remedies by filing a complaint with the Colorado Civil Rights Division or with the Equal Employment Opportunity Commission.

In order to determine whether the Court has federal question jurisdiction over this matter, the Court hereby schedules a non-evidentiary hearing on its law and motion calendar to address the issue of jurisdiction.  Such hearing shall be held on **Tuesday, November 25, 2008, at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel may appear at this hearing by telephone.  To appear telephonically, counsel and any *pro se* parties shall contact Valeri Barnes, the Courtroom Deputy, at **303-335-2087**, no later than two court days before the hearing to make arrangements.

DATED:  November  18 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge