IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02412-CMA-MEH

KARLINE ANDERSON,

    Plaintiff,

v.

REVEREND WILLIE D. SIMMONS,
CENTRAL BAPTIST CHURCH OF DENVER, and
CONCERNED ABOUT YOU, INC.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Plaintiff's Motion to Vacate Hearing on Law and Motion Calendar(Doc. # 10) is GRANTED. The hearing to address the issue of jurisdiction in this matter, scheduled for November 25, 2008, is hereby VACATED.

DATED: November 21, 2008