IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02412-CMA-MEH

KARLINE ANDERSON,

    Plaintiff,

v.

REVEREND WILLIE D. SIMMONS,
CENTRAL BAPTIST CHURCH OF DENVER, and
CONCERNED ABOUT YOU, INC.,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF CLAIM AGAINST DEFENDANT**

---

    Plaintiff's Motion to Dismiss Her Eighth Claim of Relief Against Defendant Simmons (Doc. # 21) is GRANTED. It is hereby

    ORDERED that Plaintiff's Eighth Claim of Relief against Defendant Willie D. Simmons is DISMISSED.

    DATED: January  16 , 2009

                                                       BY THE COURT:

                                                       _____
                                                       CHRISTINE M. ARGUELLO
                                                       United States District Judge