IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02412-CMA-MEH

KARLINE ANDERSON,

    Plaintiff,

v.

REVEREND WILLIE D. SIMMONS,
CENTRAL BAPTIST CHURCH OF DENVER, and
CONCERNED ABOUT YOU, INC.,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

This matter is before the Court on the parties' Joint Motion To Administratively Close Civil Action (Doc. # 47). Upon review of the motion and the file, the Court finds that this case should be administratively closed. Accordingly,

IT IS ORDERED that the motion is GRANTED and the Clerk of the Court shall administratively close this action.

DATED: March   30  , 2009

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge