## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 08-cv-02412-CMA-MEH

KARLINE ANDERSON,

    Plaintiff,

v.

REVEREND WILLIE D. SIMMONS,
CENTRAL BAPTIST CHURCH OF DENVER, and
CONCERNED ABOUT YOU, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties Stipulation of Dismissal With Prejudice (Doc. # 49).  The Court having considered the Stipulation, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

DATED:  September __30__, 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge